HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CATHERINE JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 6:17-mj-00043-MJS
)
    Plaintiff, ) **STIPULATION TO CONTINUE AND SET**
) **FOR PLEA AND SENTENCING; ORDER**
vs. )
)
CATHERINE JONES, )
)
    Defendant. )

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Catherine Jones, that the Court continue the November 7, 2017 hearing to December 5, 2017.

The defense recently received supplemental discovery from the Government and is awaiting further evidence from an independent lab. Without this evidence, defense counsel cannot adequately advise her client on how to proceed. Accordingly, the parties request that the matter be continued to December 5, 2017.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 1, 2017  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2017  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CATHERINE JONES

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 7, 2017 hearing for Catherine Jones, Case No. 6:16-mj-00085-MJS, is continued to December 5, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 5, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Jones: Stipulation to Continue