Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE A. JONES,<br><br>Defendant. | No. 6:17-mj-0043-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: January 22, 2019          /S/ Susan St. Vincent
                                                         Susan St. Vincent
                                                         Legal Officer
                                                         Yosemite National Park

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above-referenced matter, *United States v. Jones 6:18-mj-0043-JDP*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 23, 2019                                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE